IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR GULF COUNTY, FLORIDA

CHELESTA DAWSON, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF WILLIE DAWSON, DECEASED

5:10cv261
RS-MD

PLAINTIFF,

VS.

CASE NO.: 10-42-CA

TYNDALL AIR FORCE BASE, W. FRANK MCKEITHEN
IN HIS OFFICIAL CAPACITY AS SHERIFF OF BAY COUNTY,
CITY OF MEXICO BEACH AND JOSEPH NUGENT IN HIS
OFFICIAL CAPACITY AS SHERIFF OF GULF COUNTY FLORIDA,

DEFENDANTS.
_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** having been considered on the foregoing Motion To Withdraw as counsel of record for Plaintiffs, filed by MARK STALLWORTH, ESQUIRE and SMITH & STALLWORTH P.A., the Court having reviewed the file and being otherwise fully advised in the premises, it is therefore,

**ORDERED AND ADJUDGED** the Motion to Withdraw as Counsel and Co-Counsel of Record for the Plaintiffs, by MARK STALLWORTH, ESQUIRE, and SMITH & STALLWORTH P.A., and SANGA TURNBULL, ESQUIRE and HARDAWAY TURNBULL LAW FIRM are all hereby GRANTED. Plaintiffs have __45__ days from this order in which to retain different counsel related to this matter.

**DONE AND ORDRED** in chambers at Gulf County, Florida on this __27__ day of _____, 20_10_.

_____
Circuit Judge

cc: **CHELESTA DAWSON**
114 S. Highway 22A, Apt. 5, Panama City, FL 32404

# SMITH & STALLWORTH

ATTORNEYS AT LAW

201 EAST KENNEDY BOULEVARD • SUITE 1475
TAMPA, FLORIDA 33602

TELEPHONE: (813) 223-7799
FACSIMILE: (813) 223-7711

www.SmithStallworth.com

## FACSMILE COVER SHEET

| | |
|---|---|
| DATE: | MONDAY, OCTOBER 04, 2010 |
| TO: | SHEILA HURST-RAYBORN ACTING CLERK OF COURT |
| Attn: | Susan Anderson |
| FAX NO: | 850-769-7528 |
| FROM: | THE LAW FIRM OF SMITH & STALLWORTH |
| RE: | **CHELESTA DAWSON, Individually & AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIE DAWSON, DECEASED** |

**v.**

**TYNDALL AIR FORCE BASE, BAY COUNTY SHERIFF'S OFFICE, MEXICO BEACH POLICE DEPARTMENT, & GULF COUNTY SHERIFF'S OFFICE**

Case No.   10-42 CA                                                            Section

# OF PAGES:   2
INCLUDING COVER SHEET

The information contained in this facsimile message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact **Courtney Smith or Mark Stallworth** at (813) 223-7799