IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHELESTA DAWSON,

    Plaintiff,

vs.                                              CASE NO. 5:10cv261/RS-MD

W. FRANK McKEITHEN, in his official
capacity as Sheriff of Bay County; CITY OF
MEXICO BEACH; JOSEPH NUGENT, in his
official capacity as Sheriff of Gulf County,
Florida; and UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Federal Defendant's Motion To Dismiss (Doc. 12) is **granted** and the United States of America is dismissed as a party-defendant in this case.

3. This case is remanded to the Circuit Court for Gulf County, Florida.

4. The clerk is directed to close the file.

**ORDERED** on February 28, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**